UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:02-00054 |
| | ) | JUDGE CAMPBELL |
| KEVIN C. NEAL | ) | |

ORDER

Pending before the Court is a "Motion To Reconsider Pursuant to Federal Rules Of Civil Procedure Rule 59(e) Of A Manifest Error Of Amends Of Law" (Docket No. 249), filed by Defendant Neal, pro se. Through the Motion, the Defendant requests that the Court reconsider its Order (Docket No. 248) issued on March 3, 2013,[1] which transferred Defendant's "Motion For Relief Of A Watershed Rule Of Law" (Docket No. 243) to the Sixth Circuit for consideration as a second or successive habeas petition. The Defendant states that he never received the Government's Response (Docket No. 245) to that Motion.

Given that this case is currently pending before the Sixth Circuit, the Defendant has not shown that this Court has jurisdiction to grant the relief he requests. Even if the Court retained jurisdiction, however, it would deny the Motion as none of the Defendant's arguments persuade the Court that its prior Order (Docket No. 248) was in error.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] In the first paragraph of his Motion, the Defendant states that the Order he seeks to have the Court reconsider was issued on October 29, 2013. A review of the docket, however, reveals that the Court did not issue an order on that date. The Order he describes elsewhere in the Motion was issued on March 3, 2013 and was filed at Docket No. 248.